Joseph H. Harrington
United States Attorney
Eastern District of Washington
Ian L. Garriques
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Tel. (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 14 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
1:19-CR-2024-SAB

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | 18 U.S.C. §§ 113(a)(6), 1153 |
| v. | Assault Resulting in Serious Bodily Injury |
| TYLER CLINT JIM, | |
| Defendant. | |

The Grand Jury charges:

On or about February 25, 2019, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the

//
//
//
//
//

Indictment                                                            1

Defendant, TYLER CLINT JIM, an Indian, did knowingly assault S.P., resulting in serious bodily injury, in violation of 18 U.S.C. §§ 113(a)(6), 1153.

DATED: May 14, 2019                    A TRUE BILL

Joseph H. Harrington
United States Attorney

*[signature]*

Thomas J. Hanlon
Supervisory Assistant United States Attorney

*[signature]*

Ian L. Garriques
Assistant United States Attorney

Indictment                                                          2