# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Jim, Tyler Clint | Docket No. | 0980 1:19CR02024-SAB-1 |
| --- | --- | --- | --- |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tyler Clint Jim, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 10th day of July 2019, under the following conditions:

**Special Condition #7**: Defendant shall be subject to portable Breathalyzer testing up to six times per day.  The portable Breathalyzer testing unit shall be set up and paid for by the defendant.  Until the device is activated, defendant is required to report for daily testing with the Probation Office, at the discretion of the Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation number #1: Tyler Clint Jim is alleged to have skipped his 2 p.m. to 3 p.m. Breathalyzer test on August 5, 2019, and his 6 a.m. to 7 a.m. Breathalyzer tests on August 12 and 19, 2019.

On July 11, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Jim.  He acknowledged an understanding of his conditions, which included special condition number 7.

On July 12, 2019, confirmation was received from Smart Start indicating the defendant enrolled in their Breathalyzer testing program.

On August 6, 13, and 20, 2019, this officer received the daily testing summary reports from Smart Start regarding Breathalyzer results for August 5, 12, and 19, 2019.  The summary reports indicated the defendant skipped his Breathalyzer test during the 2 p.m. to 3 p.m. testing period on August 5, 2019, and the 6 a.m. to 7 a.m. testing periods on the August 12, and 19, 2019.  As a result of this noncompliant behavior, the defendant was confronted regarding his Breathalyzer testing requirements. The defendant had no excuses other than he had either missed or slept through the sound alarm of the Smart Start Breathalyzer device on all instances.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

| | |
| --- | --- |
| Executed on: | August 26, 2019 |

by    s/Jose Zepeda

Jose Zepeda
U.S. Pretrial Services Officer

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[ X]    The Issuance of a Summons
[  ]     The incorporation of the violation(s) contained in this
          petition with the other violations pending before the
          Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[  ]     Other

_M. K. Brinke_
_____
Signature of Judicial Officer

8/26/2019
_____
Date