UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Jim, Tyler Clint | Docket No. | 0980 1:19CR02024-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tyler Clint Jim, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 10th day of July, 2019 under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #7**: Defendant shall be subject to portable Breathalyzer testing up to six times per day. The portable Breathalyzer testing unit shall be set up and paid for by the defendant. Until the device is activated, defendant is required to report for daily testing with the Probation Office, at the discretion of the Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation number #1: Tyler Clint Jim is alleged to have tested positive for cocaine on September 3, 2019.

On July 12, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Jim. He acknowledged and understanding of his conditions, which included standard condition number 9.

On September 3, 2019, Mr. Jim reported to Merit Resource Services (Merit) for a drug and alcohol assessment. As part of the assessment, he submitted to a drug screen. The specimen was sent to Cordant Health Solutions for analysis. On September 24, 2019, this officer received the results for the drug test which returned positive for the presence of cocaine.

On September 25, 2019, Mr. Jim was confronted regarding his illegal drug use. The defendant admitted to having used the controlled substance. As a result of this non-compliance, the defendant was verbally reprimanded and referred to Merit for random uranalysis testing through he colorline testing program.

Violation number #2: Tyler Clint Jim is alleged to have skipped his 10 p.m. to 11 p.m. Breathalyzer test on September 21, 2019, and his 7 a.m. to 8 a.m. Breathalyzer tests on September 26, 27 and 29, 2019.

On July 11, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Jim. He acknowledged an understanding of his conditions, which included special condition number 7.

On July 12, 2019, confirmation was received from Smart Start indicating the defendant enrolled in their Breathalyzer testing program.

On September 22, 27, 28 and 30, 2019, this officer received the daily testing summary reports from Smart Start regarding Breathalyzer results for September 21, 26, 27 and 29, 2019. The summary reports indicated the defendant skipped his Breathalyzer test during the above noted testing periods. As a result of this noncompliant behavior, the defendant was confronted regarding his Breathalyzer testing requirements. The defendant had no excuses other than he had either missed or slept through the sound alarm of the Smart Start Breathalyzer device on all instances.

**Re: Jim, Tyler Clint**
**October 1, 2019**
**Page 2**

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 1, 2019

by s/Jose Zepeda

Jose Zepeda
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

10/2/2019

Date