UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Jim, Tyler Clint | Docket No. | 0980 1:19CR02024-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Linda Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tyler Clint Jim, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 10th day of July 2019, under the following conditions:

**Special Condition #7**: Defendant shall be subject to portable Breathalyzer testing up to six times per day. The portable Breathalyzer testing unit shall be set up and paid for by the defendant. Until the device is activated, defendant is required to report for daily testing with the Probation Office, at the discretion of the Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation number #1:** Tyler Clint Jim is alleged to have skipped the following Breathalyzer tests: 10 p.m. to 11 p.m. on January 9, and 14; 7 a.m. to 8 a.m. on January 15 and 16; and 5:30 p.m. to 6:30 p.m. on January 18, 2020, resulting in a total of five missed tests as of January 21, 2020.

On July 11, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Jim. He acknowledged an understanding of his conditions, which included special condition number 7.

On July 12, 2019, confirmation was received from Smart Start indicating the defendant enrolled in their Breathalyzer testing program.

On January 9, 14, 15, 16 and 18, 2020, this officer received the daily testing summary reports from Smart Start regarding Breathalyzer results for above-noted days. The summary reports indicated the defendant skipped his Breathalyzer test during the 10 p.m. to 11 p.m. testing period on January 9 and 14, the 7 a.m. to 8 a.m. testing periods on the January 15 and 16, and the 5:30 p.m. to 6:30 p.m. testing period on January 18, 2020. As a result of this noncompliant behavior, the defendant was confronted regarding his Breathalyzer testing requirements. The defendant had no excuse other than he had either missed or slept through the sound alarm of the Smart Start Breathalyzer device on all instances.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  January 22, 2020 |
| by | s/Linda J. Leavitt |
|  | Linda Leavitt<br>U.S. Pretrial Services Officer |

PS-8
Re: Jim, Tyler Clint
January 22, 2020
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

1/23/2020
_____
Date