# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 09, 2021**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Jim, Tyler Clint | Docket No. | 0980 1:19CR02024-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

　　COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Tyler Clint Jim, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Yakima, Washington, on the 10th day of July 2019, under the following conditions:

**Special Condition #4**: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange, in any form and at any time, any and all diagnostic information, treatment recommendations information, or compliance reports, or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in program. It shall be the responsibility of defense counsel to provide such waivers.

**Special Condition #6**: Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

**Special Condition #7**: Defendant shall be subject to portable Breathalyzer testing up to six times per day. The portable Breathalyzer testing unit shall be set up and paid for by the defendant. Until the device is activated, defendant is required to report for daily testing with the Probation Office, at the discretion of the Probation Officer.

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

　　RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Tyler Jim is alleged of being in violation of his pretrial release conditions by failing to complete a substance abuse evaluation by March 31, 2021, as directed.

On July 11, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Jim. He acknowledged an understanding of his conditions, which included special condition number 4.

On March 18, 2021, Mr. Jim was instructed to contact Merit and complete a substance abuse evaluation by March 31, 2021, after having submitted a positive urinalysis test for marijuana use.

As of the date of this report, Mr. Jim has not completed a substance abuse evaluation as directed.

**Violation #2**: Tyler Jim is alleged of being in violation of his pretrial release conditions by failing to submit to random UA testing at Merit on February 23, 2021, and March 18, 2021.

On July 11, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Jim. He acknowledged an understanding of his conditions, which included special condition number 6.

Re: Jim, Tyler Clint
April 7, 2021
Page 2

On September 25, 2019, Mr. Jim reviewed and signed the substance abuse testing instructions acknowledging his understanding of the testing program. He was instructed to call the Merit Resource Services (Merit) color line system daily and when his color (brown) was called, he was to report to Merit and submit to a drug screen.

On February 24, 2021, Merit reported Mr. Jim failed to show up to random UA testing on February 23, 2021.

On March 19, 2021, Merit reported Mr. Jim failed to show up to random UA testing on March 18, 2021.

**Violation #3**: Tyler Jim is alleged to have skipped his 10 p.m. to 11 p.m. Breathalyzer test on April 2, 2021; his 2 p.m. to 3 p.m. Breathalyzer; his 5:30 p.m. to 6:30 p.m. Breathalyzer test on April 3, 2021; his 5:30 p.m. to 6:30 p.m.; and 10 p.m. to 11 p.m. Breathalyzer tests on April 4 and 5, 2021.

On July 11, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Jim. He acknowledged an understanding of his conditions, which included special condition number 7.

On April 3, 4, 5, and 6, 2021, this officer received the daily testing summary reports from Smart Start regarding Breathalyzer results for April 2, 3, 4, and 5, 2021. The summary reports indicated the defendant skipped his Breathalyzer test during the above noted testing periods. As a result of this noncompliant behavior, the defendant was confronted regarding his Breathalyzer testing requirements. The defendant had no excuses, other than he has a lot going on in his life and lost track of time.

**Violation #4**: Tyler Jim is alleged of being in violation of his pretrial release conditions by consuming a controlled substance, marijuana, on or about March 5, 2021.

On July 11, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Jim. He acknowledged an understanding of his conditions, which included standard condition number 9.

On March 5, 2021, Mr. Jim submitted to urinalysis testing at Merit. The instant test results were presumptive positive for marijuana and methamphetamine. The specimen was sent to Alere Toxicology Services (Alere) for confirmation testing. On March 15, 2021, the results from Alere were confirmed to be positive for marijuana and negative for methamphetamine.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   April 7, 2021 |
| by | s/Arturo Santana |
| | Arturo Santana<br>U.S. Pretrial Services Officer |

PS-8
Re: Jim, Tyler Clint
April 7, 2021
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

4/9/2021

Date