# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Jim, Tyler Clint | Docket No. | 0980 1:19CR02024-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Tyler Clint Jim, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Yakima, Washington, on the 10th day of July 2019, under the following conditions:

**Special Condition #6**: Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

**Special Condition #7**: Defendant shall be subject to portable Breathalyzer testing up to six times per day. The portable Breathalyzer testing unit shall be set up and paid for by the defendant. Until the device is activated, defendant is required to report for daily testing with the Probation Office, at the discretion of the Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #5**: Tyler Jim is alleged being in violation of his pretrial release conditions by failing to submit to random urinalysis (UA) testing at Merit Resource Services (Merit) on April 6, 12, and 27, 2021.

On July 11, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Jim. He acknowledged an understanding of his conditions, which included special condition number 6.

On September 25, 2019, Mr. Jim reviewed and signed the substance abuse testing instructions acknowledging his understanding of the testing program. He was instructed to call the Merit color line system daily and when his color (brown) was called, he was to report to Merit and submit to a drug screen.

On April 7, 2021, Merit reported Mr. Jim failed to show up to random UA testing on April 6, 2021.

On April 13, 2021, Merit reported Mr. Jim failed to show up to random UA testing on April 12, 2021.

On April 28, 2021, Merit reported Mr. Jim failed to show up to random UA testing on April 27, 2021.

**Violation #6**: Tyler Jim is alleged being in violation of his pretrial release conditions by having skipped the following Breathalyzer tests:

April 10, 2021: Skipped tests from 7 a.m. to 8 a.m. and from 2 p.m. to 3 p.m.
April 11, 2021: Skipped 7 a.m. to 8 a.m., 2 p.m. to 3 p.m., 5:30 p.m. to 6:30 p.m., and 10 p.m. to 11 p.m.
April 16, 2021: Skipped 5:30 p.m. to 6:30 p.m.
April 17, 2021: Skipped 7 a.m. to 8 a.m. and 5:30 p.m. to 6:30 p.m.
April 19, 2021: Skipped 10 p.m. to 11 p.m.
April 22, 2021: Skipped 5:30 p.m. to 6:30 p.m. and 10 p.m. to 11 p.m.
April 23, 2021: Skipped 7 a.m. to 8 a.m.
April 24, 2021: Skipped 5:30 p.m. to 6:30 p.m.
April 28, 2021: Skipped 7 a.m. to 8 a.m. and 10 p.m. to 11 p.m.

Re: Jim, Tyler Clint
April 29, 2021
Page 2

On July 11, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Jim. He acknowledged an understanding of his conditions, which included special condition number 7.

On April 11, 12, 17, 18, 20, 23, 24, 25, and 29, 2021, this officer received the daily testing summary reports from Smart Start regarding Breathalyzer results for April 10, 11, 16, 17, 19, 22, 23, 24, and 28, 2021. The summary reports indicated the defendant skipped his Breathalyzer test during the above-noted testing periods. As a result of this noncompliant behavior, the defendant was confronted regarding his Breathalyzer testing requirements. The defendant had no excuses, other than he reported he has a lot going on in his life and lost track of time. As the defendant does not work on weekends, he has slept in on weekend mornings, skipping early morning tests.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   April 29, 2021

by   s/Arturo Santana

Arturo Santana
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

M. K. Dimke

Signature of Judicial Officer

4/29/2021
Date