Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Todd M. Swensen
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Tel. (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 09 2021

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:19-CR-02024-SAB |
|---|---|
| Plaintiff, | SUPERSEDING INDICTMENT |
| v. | Vio.: 18 U.S.C. §§ 113(a)(3), 1153<br>Assault with a Dangerous Weapon in Indian Country<br>(Count 1) |
| TYLER CLINT JIM, | |
| Defendant. | 18 U.S.C. §§ 113(a)(6), 1153<br>Assault Resulting in Serious Bodily Injury in Indian Country<br>(Count 2) |
| | 18 U.S.C. §§ 113(a)(7), 1153<br>Assault Resulting in Substantial Bodily Injury to a Spouse or Intimate Partner in Indian Country<br>(Count 3) |

The Grand Jury charges:

COUNT 1

On or about February 25, 2019, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the

SUPERSEDING INDICTMENT – 1

Defendant, TYLER CLINT JIM, an Indian, did knowingly assault S.P. with a dangerous weapon, to wit: a vehicle key, with intent to do bodily harm, all in violation of 18 U.S.C. §§ 113(a)(3), 1153.

## COUNT 2

On or about February 25, 2019, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, TYLER CLINT JIM, an Indian, did knowingly assault S.P., resulting in serious bodily injury to S.P., all in violation of 18 U.S.C. §§ 113(a)(6), 1153.

## COUNT 3

On or about February 25, 2019, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, TYLER CLINT JIM, an Indian, did knowingly assault his spouse and intimate partner, S.P., resulting in substantial bodily injury to S.P., all in violation of 18 U.S.C. §§ 113(a)(7), 1153.

DATED: November 9, 2021

A TRUE BILL

_____
Vanessa R. Waldref
United States Attorney

_____
Todd M. Swensen
Assistant United States Attorney

SUPERSEDING INDICTMENT – 2