PROB 12C
(6/16)

Report Date: November 18, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tyler Clint Jim | Case Number: 0980 1:19CR02024-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓ Toppenish, Washington 98948 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: November 15, 2022 | |
| Original Offense: Assault Resulting in Serous Bodily Injury, 18 U.S.C. §§ 113 (a)(&) and 1153 | |
| Original Sentence: Credit for time served | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Todd Swensen | Date Supervision Commenced: November 15, 2022 |
| Defense Attorney: Gregory L. Scott | Date Supervision Expires: November 14, 2025 |

## PETITIONING THE COURT

To issue a warrant.

On November 15, 2022, Tyler Clint Jim was sentenced by the Court and began his term of supervised release. During his sentencing hearing Mr. Jim was directed by the Court to report to U.S. Probation on November 16, 2022.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2:** After initially reporting to the probation officer, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence:** Mr. Jim is considered to be in violation of his conditions of supervised release by failing to report to the U.S. Probation Office as directed on November 16, and 18, 2022. |
| | On November 15, 2022, after Mr. Jim's sentencing hearing a probation officer directed Mr. Jim to report to the probation office in Yakima, on November 16, 2022, at 8:30 a.m. Mr. Jim failed to report as directed. |
| | On November 17, a probation officer reached out to Mr. Jim's attorney in an attempt to locate him. His attorney was able to make contact Mr Jim, who then reported to the probation office in the afternoon and stated he did not have transportation to report on November 16, 2022. During the office visit Mr. Jim was unable to provide a drug test and he was directed to report back to the probation office on November 18, 2022, at 9 a.m. Mr. |

Prob12C
Re: Jim, Tyler Clint
November 18, 2022
Page 2

> Jim confirmed he would have transportation and he would report as directed for a drug test. Mr. Jim failed to report as directed on November 18, 2022, and failed to contact probation to explain why he could not report as directed.

2   **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervision officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

> **Supporting Evidence:** Mr. Jim is considered to be in violation of his conditions of supervised release by failing to provide a drug test on November 18, 2022.
>
> On November 17, 2022, probation requested that Mr. Jim provide a drug test while he was in the probation office. Mr. Jim was unable to provide a urinalysis for testing. Since Mr. Jim was unable to provide a sample he was directed to report back to the probation office on November 18, 2022 at 9 a.m. to provide a urinalysis. Mr. Jim confirmed he would have transportation and would report as directed for a drug test. Mr. Jim failed to report as directed on November 18, 2022, and he failed to contact probation to explain why he could not report as directed for his drug test.

The U.S. Probation office respectfully recommends the Court issue a warrant, requiring Tyler Clint Jim to answer to the alleged violations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 18, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

11/18/2022
Date