PROB 12C
(6/16)

Report Date:  February 2, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Feb 03, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyler Clint Jim             Case Number: 0980 1:19CR02024-SAB-1

Address of Offender: ███████████████, Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 15, 2022

| | |
|---|---|
| Original Offense: | Assault Resulting in Substantial Bodily Injury to a Spouse or Intimate Partner in Indian Country, 18 U.S.C. §§ 113(a)(7) and 1153 |
| Original Sentence: | Prison - 300 days        Type of Supervision: Supervised Release<br>TSR - 36 months |
| Asst. U.S. Attorney: | Todd Swensen        Date Supervision Commenced: November 15, 2022 |
| Defense Attorney: | Juliana M. Van Wingerden        Date Supervision Expires: January 3, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On November 15, 2022, Tyler Clint Jim was sentenced by the Court and began his term of supervised release. During his sentencing hearing, Mr. Jim was directed by the Court to report to U.S. Probation on November 16, 2022.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

                          **Supporting Evidence**: Mr. Jim is considered to be in violation of his conditions of supervised release by failing to enter an inpatient substance use treatment facility on or about January 4, 2023.

                          On December 28, 2022, a revocation hearing was held and it was ordered that Mr. Jim release from custody on January 4, 2023, to a Greyhound bus station in Yakima, Washington, where he would later be transported to an inpatient treatment facility, Pioneer Center East (PCE) in Spokane, Washington.

Prob12C
**Re: Jim, Tyler Clint**
**February 2, 2023**
**Page 2**

On January 4, 2023, Mr. Jim released from custody, but was unable to be transported to Spokane, via the Greyhound bus, as the route to Spokane was cancelled on that date. The federal defender's office reported that Mr. Jim would reside with his grandmother overnight at 241 South Oldenway, Toppenish, Washington. The federal defender's office also reported to have rebooked Mr. Jim's bus ticket for the following day. The probation office contacted PCE and informed them of Mr. Jim's dilemma. PCE expected Mr. Jim to arrive the following day on January 5, 2023.

On January 6, 2023, this officer attempted to verify Mr. Jim's admission to PCE, but was told that they could not confirm or deny Mr. Jim's admission. This response is typical until the client signs a release of information.

On February 1, 2023, this officer spoke with PCE staff and verified that Mr. Jim was not admitted to PCE on January 5, 2023, for inpatient treatment services and he did not contact them to reschedule. The staff member was under the assumption that the probation office was contacted, which was not the case.

This officer has made several attempts to contact Mr. Jim and his grandmother by telephone and by conducting a home visit at the aforementioned address, with no success. Mr. Jim has not complied with his treatment obligation and failed to contact the probation office. Mr. Jim's whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 2, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS
[ ]    No Action
[ X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

2/3/2023

Date