PROB 12C
(6/16)

Report Date: July 27, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyler Clint Jim                                              Case Number: 0980 1:19CR02024-SAB-1

Address of Offender: Last known: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 15, 2022

| | |
|---|---|
| Original Offense: | Assault Resulting in Substantial Bodily Injury to a Spouse or Intimate Partner in Indian Country, 18 U.S.C. §§ 113(a)(7), 1153 |
| Original Sentence: | Prison - 300 days; TSR - 36 months    Type of Supervision: Supervised Release |
| Revocation Sentence: 06/21/2023 | Prison - 90 days; TSR - 33 months |
| Asst. U.S. Attorney: | Todd Swensen    Date Supervision Commenced: July 23, 2023 |
| Defense Attorney: | Juliana M Van Wingerden    Date Supervision Expires: April 22, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On June 21, 2023, Tyler Clint Jim had a revocation hearing and was sentenced by the Court. During the revocation sentencing, Mr. Jim was advised of his new term of supervised release, with all previously imposed conditions, including the requirement to report to U.S. Probation.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. |
| | **Supporting Evidence**:  Mr. Jim is considered to be in violation of his conditions of supervised release by failing to report to the U.S. Probation Office within 72 hours of release from custody since July 26, 2023. |
| | On July 23, 2023, per the Yakima County Jail records, Mr. Jim released from custody. This officer made attempts to contact Mr. Jim with no success. |

Prob12C
**Re: Jim, Tyler Clint**
**July 27, 2023**
**Page 2**

As of the date of this petition, Mr. Jim has not reported to the probation office. Mr. Jim's whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 27, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

7/28/2023
Date